

# NUMBER 13-12-00743-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**EASTON WAYNE SANTOS,** **Appellant,**

**v.**

**JOLENE G. REYNA, INDIVIDUALLY AND
AS NEXT FRIEND OF JENNY LYNNN
GONZALEZ, A MINOR; AND FLORA REYNA
AS NEXT FRIEND OF ADRIANA REYNA,** **Appellees.**

**On appeal from the County Court at Law No. 1
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the County Court at

Law No. 1 of Nueces County, Texas, in trial cause number 2012-CCV-60968-1.

Appellant has filed a verified motion to dismiss the appeal on grounds that the parties

have reached an agreement to settle and compromise their differences. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of January, 2013.

2